**JAMES W. FOWLER COMPANY, Plaintiff—Appellant,**

v.

**NORCHEM, INC., Defendant—Appellee.**

No. 02–35240.

D.C. No. CV–01–01424–HU (AJB).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 12, 2003.

Decided Sept. 30, 2003.

Jeffrey B. Wilkinson, Stewart, Sokol & Gray, Jon M. Egan, Brayton Purcell, Portland, OR, for Plaintiff-Appellant.

Jeffrey K. Hanson, Joseph A. Yazbeck, Jr., Allen & O'Halloran LLP, Portland, OR, for Defendant-Appellee.

Before ALDISERT, LEAVY, and GOULD, Circuit Judges.

ORDER*

The judgment of the district court is **AFFIRMED** for the reasons set forth in the findings and recommendations of Magistrate Judge Hubel, as adopted by the district court on February 19, 2002. The several issues raised by appellant on ap-

* This disposition is not appropriate for publication and may not be cited to or by the courts

peal were fully reviewed by the Magistrate Judge. The district court did not err.

AFFIRMED.

of this circuit except as may be provided by Ninth Circuit Rule 36–3.